IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **LYRIC AMEIRE LINDER** | :   CASE NO:  7:23-cr-066 (WLS) |
| | : |
| **Defendant.** | : |
| _____ | : |

## **ORDER**

Before the Court is a Consent Motion to Continue Pretrial Conference and Trial (Doc. 25), filed by Defendant Linder on August 30, 2023. Therein, Defendant requests that the Court continue both the pretrial conference, which is currently set for September 13, 2023, and the trial, which is set for October 9, 2023. (*Id.*) Defense Counsel states that Defendant has not yet been served with discovery, understands that the Government intends to declare this case complex due to the voluminous amount of discovery, and states that additional time is necessary to assess the case. (*Id.*) Defense Counsel also notes that the Government does not oppose the instant Motion. (*Id.*)

Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Unopposed Motion (Doc. 25) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Additionally, the September 13, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this  1st   day of September 2023.

>                               /s/ W. Louis Sands
>                               **W. LOUIS SANDS, SR. JUDGE**
>                               **UNITED STATES DISTRICT COURT**