**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-cr-066 (WLS)** |
| **LYRIC AMERIRE LINDER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

By Order (Doc. 31) entered November 21, 2023, the Court set discovery and motion deadlines in this case that had been consented to by the Government and Defendant. As such, the scheduling conference scheduled for Wednesday, December 13, 2023, is no longer necessary and is removed from the Court's calendar.

**SO ORDERED**, this 21st day of November 2023.

      /s/W. Louis Sands
      **W. LOUIS SANDS, SR. JUDGE**
      **UNITED STATES DISTRICT COURT**

1