**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| **LYRIC AMEIRE LINDER** : | **7:23-cr-066–WLS–TQL** |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER STRIKING CERTAIN PROPERTY LISTED IN THE FORFEITURE PROVISION OF DEFENDANT LYRIC AMEIRE LINDER'S PLEA AGREEMENT

The United States' Motion to Strike Certain Property Listed in the Forfeiture Provision of Defendant Lyric Ameire Linder's Plea Agreement (Doc. 42) ("Motion to Strike") in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

**THEREFORE, IT IS HEREBY ORDERED**, that the Motion to Strike (Doc. 42) is **GRANTED**. The following stolen property is no longer subject to judicial forfeiture and shall be returned to administrative Claimant Marlie Daugherty when it is no longer needed as evidence: one (1) Taurus, Model: The Judge, .45/410 caliber revolver, Serial Number: JZ146454, with attached magazine.

**IT IS FURTHER ORDERED** that all other property listed in the Forfeiture Provision of Defendant Lyric Ameire Linder's ("Linder") Plea Agreement shall remain subject to forfeiture.

**IT IS FURTHER ORDERED** that Defendant Linder shall have fourteen (14) days from entry of this Order within which to file any objection to the findings and order herein. Any such objection shall be accompanied by a supporting brief. Responses by any party may be filed within seven (7) days following any objection by Defendant Linder.

**SO ORDERED**, this 10th day of December 2024.

                                             **/s/W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**