IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-cr-66 - WLS-ALS** |
| **LYRICK AMEIRE LINDER,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

On December 18, 2025, the Court held Defendant's initial sentencing hearing. At the hearing, Counsel for the Government, Assistant United States Attorney Monica Daniels, advised the Court that the Presentence Investigation Report (Doc. 47) ("PSR") included reductions to Defendant's Total Offense Level to which Defendant is not entitled.[1] Defense Counsel, Alfreda Sheppard, having only recently been made aware of these errors, requested an opportunity to review and research the issues and discuss them further with Defendant. The resulting change in Defendant's guideline range for imprisonment is significant. Further, Defendant is expected to be a witness at the trial of defendants in a companion case which begins January 13, 2025. Finally, new Defense Counsel needed to be appointed for Defendant due to Ms. Sheppard's appointment as United States Magistrate Judge for the Middle District of Georgia.

The Parties agreed that the most prudent approach was to continue the sentencing hearing to a time after the conclusion of the January 13, 2025 trial in the companion case and to allow appointment of new counsel.

Accordingly, the Court granted the oral motion of the Parties. Defendant's sentencing hearing was and hereby is **CONTINUED**. By separate order or notice, the hearing will be

---

[1] Those reductions are for Safety Valve eligibility (PSR ¶ 28), role as a minor participant (PSR ¶ 30), and a Zero-Point Offender (PSR ¶ 35).

rescheduled to a new date at the conclusion of the trial in the companion case which begins January 13, 2025, and after appointment of new counsel.

**SO ORDERED**, this 10th day of January 2025.

                                                               **/s/ W. Louis Sands**
                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                               **UNITED STATES DISTRICT COURT**