**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CASE NO:** |
| v. | : | **7:23-cr-66 - WLS-ALS** |
| **LYRICK AMEIRE LINDER,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On October 10, 2025, Erica Simpson, United States Probation Office Specialist, via memorandum, requested a continuance of Defendant Lyrick Ameire Linder's sentencing hearing currently scheduled for October 23, 2025. The continuance is requested to permit Defendant to receive the benefit of anticipated amendments to the 2025 *Guidelines Manual,* effective November 1, 2025, which may result in a lower guideline range. The amendments are not retroactive. Ms. Simpson represents that she has advised the parties of this potential impact, and they agree that the most prudent approach is to continue the sentencing hearing.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on September 19, 2024. (Docs. 37, 38). Defendant's sentencing has been rescheduled once.[1] Based on the circumstances of this case and the requirements set forth in 18 U.S.C. § 3553(a), including to impose a sentence that is "sufficient, but not greater than necessary," to serve the

---

[1] On December 18, 2025, the Court held Defendant's initial sentencing hearing. At the hearing, Counsel for the Government, Assistant United States Attorney Monica Daniels, advised the Court that the Presentence Investigation Report (Doc. 47) ("PSR") included reductions to Defendant's Total Offense Level to which Defendant is not entitled. However, Defendant was expected to be a witness at the trial(s) of defendants in a companion case, and Defendant's sentencing was continued to after the trial(s).

purposes of sentencing the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the sentencing hearing scheduled to take place on October 23, 2025, is **CANCELLED.** Defendant's sentencing hearing shall be rescheduled by a separate Order of this Court to a date after November 1, 2025.

**SO ORDERED**, this 10th day of October 2025.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2